CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Monica Contreras,**<br>              Plaintiff,<br>**v.**<br>**Rancho Mall, LLC,** a Delaware Limited Liability Company;<br>**CBC Restaurant Corp.,** a Delaware Corporation; Does 1-10,<br>              Defendants. | **Case No**: 5:18-cv-00779-MWF-KK<br><br>**Notice of Withdrawal of POS for the defendant, Rancho Mall, LLC.** |

Please take notice that Plaintiff hereby withdraws the Proof of Service of Summons as to Defendant Rancho Mall, LLC, filed on May 16, 2018 (Docket Entry #11). Plaintiff makes this withdrawal because plaintiff has become aware that the person served is not the designated agent for service of process. Plaintiff has since served Defendant Rancho Mall, LLC via the correct agent for service of process. Plaintiff shall file the correct Proof of Service of Summons concurrently with this request.

Plaintiff respectfully requests that docket entry 11 be removed from the Court's docket.

1

Dated: June 22, 2018            CENTER FOR DISABILITY ACCESS

                                By: __/s/ Dennis Price_____
                                Dennis Price
                                Attorneys for Plaintiff